## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wright, Roashell | Case Number:  06 B 12483 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/25/08 | Filed:  10/2/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  October 2, 2008
Confirmed:  March 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,412.54 | |
| Secured: | | 9,910.04 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 736.01 |
| Other Funds: | | 266.49 |
| Totals: | 13,412.54 | 13,412.54 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 2,500.00 | 2,500.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Great American Finance Company | Secured | 1,667.68 | 1,667.68 |
| 5. | Triad Financial Services | Secured | 13,212.44 | 8,217.91 |
| 6. | Countrywide Home Loans Inc. | Secured | 5,572.50 | 0.00 |
| 7. | Countrywide Home Loans Inc. | Secured | 700.29 | 24.45 |
| 8. | America's Financial Choice Inc | Unsecured | 866.08 | 0.00 |
| 9. | American General Finance | Unsecured | 1,627.01 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 710.51 | 0.00 |
| 11. | Triad Financial Services | Unsecured | 0.00 | 0.00 |
| 12. | Capital One | Unsecured | 597.09 | 0.00 |
| 13. | ER Solutions | Unsecured | 1,922.03 | 0.00 |
| 14. | Great American Finance Company | Unsecured | 802.25 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 963.36 | 0.00 |
| 16. | Patients 1st ER Med Consult PC | Unsecured | 180.00 | 0.00 |
| 17. | Verizon Wireless | Unsecured | 1,150.46 | 0.00 |
| 18. | America's Financial Choice Inc | Unsecured | 1,121.24 | 0.00 |
| 19. | American Collections & Credit | Unsecured | | No Claim Filed |
| 20. | First Revenue Assurance | Unsecured | | No Claim Filed |
| 21. | Credit Collection | Unsecured | | No Claim Filed |
| 22. | Heights Finance Corp | Unsecured | | No Claim Filed |
| 23. | I C Systems Inc | Unsecured | | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 25. | West Asset Management | Unsecured | | No Claim Filed |
| 26. | Nicor Gas | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wright, Roashell

Printed: 11/25/08

Case Number:  06 B 12483

Judge:  Wedoff, Eugene R

Filed:  10/2/06

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 33,592.94 | $ 12,410.04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 119.36 |
| 5.4% | 374.17 |
| 6.5% | 242.48 |
| | $ 736.01 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

